IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| BROOKE RANEY, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 5:19-CV-000094 |
| | § | |
| HAYDEN H. FRANKS, M.D., P.A. d/b/a FRANKS DERMATOLOGY, | § § § | |
| | § | |
| DEFENDANT. | § | |

## ORDER AND FINAL JUDGMENT

Before the Court is Plaintiff's Motion to Dismiss (Docket No. 3) ("Motion"). Plaintiff represents that the claims set forth in Plaintiff's Complaint against Defendant have been settled in a Confidential Settlement Agreement and Mutual Release of Claims. Defendant has not answered or otherwise responded to Plaintiff's Complaint. Accordingly, the Motion is **GRANTED**. It is therefore

**ORDERED** that the above entitled and numbered cause is **DISMISSED WITH PREJUDICE**. All motions by either party not previously ruled on are hereby **DENIED AS MOOT**. It is further

**ORDERED** that the Parties each bear their respective costs and expenses incurred in connection with this matter.

The Clerk of the Court is directed to close this case.

It is so **ORDERED.**

**SIGNED this 24th day of July, 2019.**

*Robert W. Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE